UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN VALENCIA, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

TRACY ANDERSON MIND AND BODY, LLC,

                Defendant.

25-CV-1461 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 24, 2025, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Although Defendant was served on March 27, 2025, the parties have yet to file their joint letter. They shall submit it no later than May 30, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 21, 2025
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge