UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUSTIN VALENCIA, on behalf of himself and all others similarly situated,

               Plaintiff,

               v.

TRACY ANDERSON MIND AND BODY, LLC,

               Defendant.

No. 25-cv-1461 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On May 30, 2025, Plaintiff received a clerk's certificate of default due to Defendant's failure to file its answer, which was due on April 17, 2025. To date, Plaintiff has yet to file a motion for default judgment. He shall do so no later than July 7, 2025. Failure to move for default may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     June 23, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge